Matter of Cellino Law, LLP v Looney Injury Law PLLC (2023 NY Slip Op 04849)

Matter of Cellino Law, LLP v Looney Injury Law PLLC

2023 NY Slip Op 04849

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND DELCONTE, JJ.

613 CA 22-01320

[*1]IN THE MATTER OF CELLINO LAW, LLP, AND CELLINO & BARNES, P.C., PETITIONERS-RESPONDENTS,
v
LOONEY INJURY LAW PLLC, AND JOHN W. LOONEY, ESQ., RESPONDENTS-APPELLANTS. (APPEAL NO. 2.) 

ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO (GERALD T. WALSH OF COUNSEL), FOR RESPONDENTS-APPELLANTS.
CELLINO LAW, LLP, BUFFALO (GREGORY V. PAJAK OF COUNSEL), FOR PETITIONERS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Catherine R. Nugent Panepinto, J.), entered August 1, 2022. The order, inter alia, determined and allocated the parties' respective shares of attorneys' fees earned in an underlying personal injury action. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Cellino Law, LLP v Looney Injury Law PLLC ([appeal No. 1] — AD3d — [Sept. 29, 2023] [4th Dept 2023]).
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court